[Crim. No. 2027. First Appellate District, Division Two.—June 16, 1938.]

In the Matter of the Application of HARRY T. RICE for a Writ of Habeas Corpus.

Leon Samuels and Charles H. Brennan for Petitioner.

U. S. Webb, Attorney-General, Neil Cunningham, Deputy Attorney-General, Matthew Brady, District Attorney, and Leslie C. Gillen, Assistant District Attorney, for Respondent.

STURTEVANT, J.—This is an application for a writ of *habeas corpus.* With few exceptions the facts are the same as in the proceeding entitled *"In the Matter of the Application of Peter P. McDonough for a Writ of Habeas Corpus",* Crim. No. 2026, the decision in which was this day filed (*ante,* p. 155 [80 Pac. (2d) 485]). Instead of being one of the proprietors of a bail bond business, this petitioner is an employee of such proprietors, the McDonough Bros. He applied for a license under chapter 8, division 1, part 2 of the Insurance Code to act as an agent and solicitor. His application was denied without notice or a hearing. Otherwise the material facts are the same. The difference in the facts is not sufficient to change the rule. We think the decision mentioned is controlling.

The writ of *habeas corpus* is discharged and the petitioner is remanded.

Nourse, P. J., and Spence, J., concurred.